UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LORENE B. WOODS : NUMBER 11-1910

VERSUS : JUDGE HICKS

THE UNITED STATES OF AMERICA : MAGISTRATE JUDGE HORNSBY

## PARTIAL JOINT STIPULATION OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes plaintiff, Lorene B. Woods, and defendant, the United States of America, who jointly stipulate to the dismissal of the above entitled proceeding pursuant to Rule 41(a)(1)(ii), without prejudice, as to defendants, Sheila D. Washington, William Spires, and Overton Brooks Veterans Administration Medical Center, only.

Lorene B. Woods and the United States of America further assert that all claims against the United States of America as stated in the original Complaint remain.

Respectfully submitted,

*/s/ Lorene B. Woods*
LORENE B. WOODS, Appearing Pro Se
410 Jackson Street
Bastrop, LA 71220
Telephone: (318) 669-1086

PLAINTIFF

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

By: _____
    JOHN A. BROADWELL #1733
Assistant United States Attorney
United States Courthouse
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068
Telephone: (318) 676-3610
Fax: (318) 676-3642

COUNSEL FOR DEFENDANT