UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| LORENE B. WOODS | : | NUMBER 11-1910 |
| VERSUS | : | JUDGE HICKS |
| THE UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE HORNSBY |

### JOINT STIPULATION OF DISMISSAL

NOW INTO COURT, come plaintiff, Lorene B. Woods, appearing pro se, and defendant, the United States of America, through undersigned counsel, who suggest to the Court that the above numbered and titled action has been settled by way of compromise, and further suggest that plaintiff desires to dismiss this action, with prejudice, pursuant to Fed. R. Civ. P.41 (a)(1)(ii).

Respectfully submitted,

*(signature)*
Lorene B. Woods, Plaintiff Pro Se
P. O. Box 923
Bastrop, LA 71221

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

*(signature)*
JOHN A. BROADWELL, No. 1733
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
(318) 676-3610 // Fax: (318) 676-3642